■ ANNETTE NAGER et al., Appellants, v INCORPORATED VILLAGE OF SADDLE ROCK et al., Respondents.—Appeal by the

plaintiffs from stated portions of an order of the Supreme Court, Nassau County (Lockman, J.), dated June 14, 1988.

Ordered that the order is affirmed insofar as appealed from, with one bill of costs to the respondents appearing separately and filing separate briefs, for reasons stated by Justice Lockman at the Supreme Court. Brown, J. P., Eiber, Sullivan and Harwood, JJ., concur. *[See,* 140 Misc 2d 644.]